IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRANCE D. NEWCOMB,

                Plaintiff,

v.

KYLE KNOTZ,

                Defendant.

ORDER

16-cv-273-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Terrance Newcomb is proceeding on two Fourth Amendment claims arising out of a 2015 traffic stop conducted by defendant Kyle Knotz, a deputy sheriff for Dunn County, Wisconsin: (1) defendant unreasonably prolonged the traffic stop; and (2) defendant used a taser against plaintiff without justification. Defendant has moved for summary judgment on both claims, dkt. #16, but plaintiff missed his April 5, 2017 deadline for opposing the motion. In an order dated May 22, 2017, dkt. #26, I warned plaintiff that I would dismiss the lawsuit with prejudice for his failure to prosecute if he did not respond by June 6, 2017. Because plaintiff still has not filed an opposition brief or otherwise communicated with the court, I am dismissing the case.

ORDER

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(b) for plaintiff Terrance Newcomb's failure to prosecute. The clerk of court is

directed to enter judgment accordingly and close this case.

Entered this 19th day of June, 2017.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge