IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE D. NEWCOMB,

    Plaintiff,

v.

KYLE KNOTZ and DENNIS SMITH,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-273-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Terrance D. Newcomb's leave to proceed and dismissing his claims against Dennis Smith; and

(2) dismissing this case with prejudice under Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute.

| /s/ | 6/19/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |